IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONALD LAFORCE,

        Plaintiff,

vs.                                 CASE NO.: 1:04cv400-SPM/AK

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____/


## <u>ORDER</u>

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc.16) dated January 17, 2006.  Plaintiff has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.      The magistrate judge's report and recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

2.     The decision of the Commissioner denying benefits is AFFIRMED.

DONE AND ORDERED this 1st day of March, 2006.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge